UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00706-GCM

| | |
|---|---|
| ANTONIO WORTHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| SHAFFER SYSTEM SSI, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion.

On December 23, 2019, Plaintiff filed a pro se Complaint in this matter and an application to proceed in forma pauperis ("IFP"). [Docs. 1, 2]. The Court reviewed Plaintiff's IFP application and, lacking sufficient information to determine whether Plaintiff qualifies for IFP status, ordered the Plaintiff to submit a completed and correct Long Form IFP Application or to pay the filing fee within thirty (30) days of the Court's January 15, 2020 Order. [Doc. 3] The Court instructed Plaintiff that if he were to fail to file an amended application or pay the filing fee within 30 days, his Complaint would be dismissed without prejudice and without further notice. [Id.]. Plaintiff has failed to comply with the Court's Order.

**IT IS, THEREFORE, ORDERED** that:

1. The Plaintiff's Complaint is dismissed [Doc. 1] without prejudice.
2. The Clerk is instructed to terminate this action.

Signed: March 2, 2020

Graham C. Mullen
United States District Judge